# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 06, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-50736    Jill Miceli, et al v. Bank of New York Mellon, et al
                    USDC No. 1:13-CV-1032

The court has taken the following action in this case:

The Appellee's motion to dismiss the appeal for want of prosecution is hereby DENIED. The briefing notice was suspended on January 8, 2016.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Mark Douglas Cronenwett
Mr. David Andrew Rogers
Mr. John L. Verner